## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DWAYNE ALMOND,

    Plaintiff,

                          JUDGMENT IN A CIVIL CASE

v.

                          11-cv-333-bbc

MARK LESATZ, LT. SWIEKATOWSKI,
JEAN LUTSEY, MICHAEL J. MOHR,
JEANANNA ZWIERS, RICHARD HEIDORN
MICHAEL BAENEN, J.B. VAN HOLLEN,
JOSEPH GANZER and ANN PEACOCK,

    Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against J. B. Van Hollen, Joseph Ganzer and Ann Peacock;

(2) dismissing Mark Lesatz, Michael Mohr and Lt. Swiekatowski for plaintiff's failure to include any allegations against them in his amended complaint; and

(3) granting Michael Baenen, Richard Heidorn, Jean Lutsey, and Jeananna Zwiers' motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a).

Peter Oppeneer

Peter Oppeneer, Clerk of Court

DEC 1 6 2011

               Date